UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THOMAS BLITZ, a Wisconsin consumer; KEVIN BLAIR, an Illinois consumer; GREGORY CHICK, a California consumer; MARIO WASHINGTON, a New York consumer; TERENCE D. MOORE, a New Jersey consumer; and RICHARD J. DULNIAK, a Florida consumer, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br> v.<br><br>MONSANTO COMPANY, a Missouri Corporation; and SCOTTS MIRACLE-GRO COMPANY, an Ohio Corporation,<br><br>     Defendants. | Case No. 3:17-cv-00473 |

**DEFENDANT MONSANTO COMPANY'S
MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(2), and 12(b)(6), Defendant Monsanto Company ("Monsanto"), by and through its attorneys, Husch Blackwell LLP and Winston & Strawn, moves to dismiss the Complaint filed by Plaintiffs Thomas Blitz, Kevin Blair, Gregory Chick, Mario Washington, Terence D. Moore, and Richard J. Dulniak. In support of its motion, Monsanto submits its Brief in Support and accompanying Declaration and exhibits, filed contemporaneously herewith.

MIL-28759232-1

Respectfully submitted this 28th day of August, 2017.

                Attorneys for Monsanto Company

                HUSCH BLACKWELL LLP

By:  *s/ Thomas P. Heneghan*
       Thomas P. Heneghan
       State Bar No. 1024057
       Paul D. Cranley
       State Bar No. 1050029

33 E. Main Street, Suite 300
P.O. Box 1379
Madison, Wisconsin 53701-1379
Phone:  (608) 255.4440
Fax:  (608) 258.7138
Tom.Heneghan@huschblackwell.com
Paul.Cranley@huschblackwell.com

                WINSTON & STRAWN LLP

       John J. Rosenthal (pro hac vice forthcoming)
       Adam S. Nadelhaft (*pro hac vice* forthcoming)

1700 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 282-5000
Fax: (202) 282-5100
jrosenthal@winston.com
anadelhaft@winston.com