UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THOMAS BLITZ, a Wisconsin consumer; KEVIN BLAIR, an Illinois consumer; GREGORY CHICK, a California consumer; MARIO WASHINGTON, a New York consumer; TERENCE D. MOORE, a New Jersey consumer; and RICHARD J. DULNIAK, a Florida consumer, on behalf of themselves and all others similarly situated, <br><br>                Plaintiffs,<br>  v.<br><br>MONSANTO COMPANY, a Missouri Corporation; and SCOTTS MIRACLE-GRO COMPANY, an Ohio Corporation,<br><br>                Defendants. | Case No. 3:17-CV-00473-WMC-SLC |

**THE SCOTTS MIRACLE-GRO COMPANY'S
MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Pursuant to Rules 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant The Scotts Miracle-Gro Company ("Scotts") submits this Motion To Dismiss the Complaint filed by Plaintiffs Thomas Blitz, Kevin Blair, Gregory Chick, Mario Washington, Terence D. Moore, and Richard J. Dulniak (ECF No. 1). In support of this motion, Scotts submits its Memorandum In Support and the Affidavit of Kathiea Uttley, filed contemporaneously herewith.

Dated: October 9, 2017                    Respectfully submitted,

/s/ Michelle L. Dama
Michelle L. Dama (WI# 1041809)
Albert Bianchi, Jr. (WI# 1056920)
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
Madison, WI 53703
Phone:  (608) 257-3501
Fax:      (608) 283-2275
Email:  mldama@michaelbest.com
Email:  abianchi@michaelbest.com

Jeffrey J. Jones (MI# P80231)
*pro hac vice forthcoming*
JONES DAY
150 West Jefferson St., Suite 2100
Detroit, MI 48226
Phone:  (313) 733-3939
Fax:      (313) 230-7997
Email:  jjjones@jonesday.com

Benjamin B. Menker (OH# 91995)
*pro hac vice forthcoming*
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Phone:  (614) 469-3939
Fax:      (614) 461-4198
Email:  bmenker@jonesday.com

***Counsel for Defendant***
***The Scotts Miracle-Gro Company***