# UNITED STATED DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THOMAS BLITZ,<br><br>                Plaintiff,<br><br>    v.<br><br>MONSANTO COMPANY,<br><br>                Defendant. | Case No. 17-cv-00473-WMC<br>Judge William M. Conley |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Thomas Blitz and Defendant Monsanto Company, by and through their undersigned counsel, respectfully file this Stipulation of Voluntary Dismissal requesting that the above-captioned action be voluntarily dismissed with prejudice, with each party to bear its own costs and fees.

Dated: March 23, 2020

                                                      Respectfully Submitted,

                                                      /s/ Kim E. Richman
                                                    Kim E. Richman
                                                    8 W. 126th Street
                                                    New York, NY 10027
                                                    Telephone: (718) 705-4579
                                                    Facsimile: (718) 228-8522
                                                    krichman@richmanlawgroup.com

                                                    *Attorney for Plaintiffs*

                                                    -and-

                                                    */s/ John J. Rosenthal*
                                                    John J. Rosenthal (admitted *pro hac vice*)
                                                    Jeff Wilkerson (admitted *pro hac vice*)

                                                    Winston & Strawn LLP
                                                    1901 L St., N.W.

Washington, D.C. 20036
Telephone: (202) 282-5785
jrosenthal@winston.com
jwilkerson@winston.com

Thomas P. Heneghan
State Bar No. 1024057
Paul D. Cranley
State Bar No. 1050029

33 E. Main Street, Suite 300
P.O. Box 1379
Madison, Wisconsin 53701-1379
Phone: (608) 255.4440
Fax: (608) 258.7138
Tom.Heneghan@huschblackwell.com
Paul.Cranley@huschblackwell.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I, Kim E. Richman, hereby certify that on March 23, 2020, I electronically filed the foregoing document with the Clerk of the Court through the Court's CM/ECF system, thereby providing notice upon all parties who have entered an appearance in this matter.

*/s/ Kim E. Richman*
Kim E. Richman